UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMONA YESSENIA TEJEDA MARTINES, *individually and on behalf of all others similarly situated*,

        Plaintiff,

– *against* –

MANGO GROCERY & MEAT MARKET CORP., DAVID ORTIZ, and SANDY ORTIZ,

        Defendants.

**ORDER**

21 Civ. 10553 (ER)

Ramos, D.J.:

      The Court is in receipt of the final report of the mediator. The parties are directed to submit their settlement agreement within three weeks—no later than May 30, 2022—for *Cheeks* review.

It is SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: May 9, 2022
New York, New York