UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

RAMONA YESSENIA TEJEDA MARTINES, *individually and on behalf of others similarly situated*,

*Plaintiff*,

-against-

MANGO GROCERY & MEAT MARKET CORP., DAVID ORTIZ, and SANDY ORTIZ,

*Defendants.*

-----------------------------------------------------------------------X

Civil Action No. **1:21-cv-10553-ER**

**[Proposed Form Of]
JUDGMENT**

## JUDGMENT

On May 28, 2022 and on June 1, 2022 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, RAMONA YESSENIA TEJEDA MARTINES, have judgment against MANGO GROCERY & MEAT MARKET CORP., DAVID ORTIZ, and SANDY ORTIZ, jointly and severally, in the amount of <u>Forty-Six Thousand Five Hundred Dollars and Zero Cents ($46,500.00)</u>, which is inclusive of attorneys' fees and costs.

Dated: _____, 2022

_____
EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE